## UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,)** | | |
| | **)** | |
| **v.** | **)** | **CRIMINAL No. 05-89-P-S** |
| | **)** | |
| **RICHARD DIMOTT** | **)** | |
| | **)** | |
| **Defendant** | **)** | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on February 13, 2006, his Recommended Decision (Docket No. 59). Defendant filed his Objection to the Recommended Decision (Docket No. 60) on March 3, 2006. The Government filed its Response to Objection (Docket No. 65) on March 20, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore <u>ORDERED</u> that the Recommended
    Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.  Defendants' Motion to Dismiss (Docket Nos. 31) is <u>GRANTED</u>
    <u>WITHOUT PREJUDICE</u>.

      /s/ George Z. Singal_____
      Chief U.S. District Judge

Dated this 21st day of March, 2006.